# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re BRYAN AND GISELE THISSEN,<br><br>          Debtors-Appellants,<br>_____/ | CASE NO. CV F 09-0376 LJO<br><br>**ORDER TO SHOW CAUSE FOR FAILURE TO PERFECT BANKRUPTCY APPEAL** |

The March 3, 2009 Opening Letter of this Court's clerk required debtors-appellants Bryan and Gisele Thissen ("appellants") within 10 days to file a designation of record, statement of issues on appeal, and notice regarding ordering of transcripts with the bankruptcy court. This Court and the bankruptcy court's March 11, 2009 notices indicate that the appellate record is incomplete based on appellants' failure to designate a reporter's transcript and to pay the filing fee. As such, this Court ORDERS appellants, no later than April 1, 2009, to file and serve papers to show cause in writing why this appeal should not be dismissed for failure to perfect and to prosecute this appeal diligently.

**This Court ADMONISHES appellants that failure to comply with this order will be further grounds to dismiss this appeal.**

IT IS SO ORDERED.

Dated:   **March 23, 2009**                        /s/ Lawrence J. O'Neill
                                                                  UNITED STATES DISTRICT JUDGE