# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re BRYAN AND GISELE THISSEN,<br><br>        Debtors/Appellants.<br>_____/ | CASE NO. CV F 09-0376 LJO<br><br>**ORDER ON STIPULATION TO EXPEDITE APPEAL**<br>(Doc. 7.) |

The March 3, 2009 letter of this Court's clerk addresses perfection of an appeal from the bankruptcy court and provides in pertinent part:

> After the record is complete, **the clerk of the bankruptcy court** will send a Certificate of Record (COR) to the clerk of the district court. Upon receipt of the COR, the district court will issue the briefing schedule. (Bold in original.)

A COR does not appear on this Court's docket. This Court is unaware that the bankruptcy court clerk has sent a COR to this Court's clerk. Nonetheless, the parties filed an April 8, 2009 stipulation to "request the court to set deadlines and a hearing date as soon as possible."

This Court is willing to expedite the appeal if the parties file with this Court all bankruptcy court record excerpts and transcripts necessary for this Court's review. This Court has limited access to the bankruptcy court record and will not attempt to obtain record excerpts or transcripts from the bankruptcy court docket.

As such, this Court ORDERS:

1. Debtors/appellants, no later than May 4, 2009, to file and serve their opening papers and all bankruptcy court record excerpts and transcripts which they desire this Court to

1

review;

2. Trustee/appellee, no later than May 15, 2009, to file and serve his opposition papers and any additional bankruptcy court record excerpts and transcripts which he desires this Court to review;

3. Debtors/appellants, no later than May 25, 2009, to file reply papers, if any; and

4. The parties to limit their opening and opposition points and authorities to 25 pages and debtor/appellants' reply points and authorities to 10 pages.

This Court will consider the appeal on the record before it without oral argument, unless this Court orders otherwise.

IT IS SO ORDERED.

**Dated:**    **April 10, 2009**                        /s/ Lawrence J. O'Neill
                                                                      UNITED STATES DISTRICT JUDGE